UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9REN Holding S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> Kingdom of Spain, <br><br> Defendant. | The Hon. Tanya S. Chutkan <br> Case No. 19-cv-1871 |

**Joint Status Report**

Pursuant to the Court's Minute Order dated September 30, 2020, Plaintiff, 9REN Holding S.À.R.L. ("9REN"), and Defendant, the Kingdom of Spain ("Spain") (collectively, the "Parties"), submit this Joint Status Report regarding the ongoing annulment proceedings in *9Ren Holding S.a.r.l. v. Kingdom of Spain,* ICSID Case No. ARB/15/15 ("Annulment Proceedings").

Since the Parties' November 30, 2020 Joint Status Report, no developments have occurred in the Annulment Proceedings, which remain pending before the ICSID Annulment Committee.

Dated:   December 30, 2020

Respectfully submitted,

KING & SPALDING LLP

By: */s/ James E. Berger*
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar No. 1027854)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2200
Fax: (212) 556-2222
Email: jberger@kslaw.com
Email: csun@kslaw.com

SQUIRE PATTON BOGGS (US) LLP

By: */s/* Miriam K. Harwood
Miriam K. Harwood (*PHV granted* 12/23/2019)
Eridania Perez-Jaquez (*PHV granted* 01/15/2019)
Carlos E. Guzman Plascencia (*PHV granted* 01/15/2019)
30 Rockefeller Plaza, 23rd Floor
New York, New York, 10112
Tel.:  (212) 872-9852

| | |
|---|---|
| *Attorneys for Plaintiff*<br>9REN Holding S.À.R.L. | Fax:  (212) 872-9815<br>Email: miriam.harwood@squirepb.com<br>eridania.perez@squirepb.com<br>carlos.guzman@squirepb.com<br>-and-<br><br>Mitchell R. Berger (D.C. Bar No. 385467)<br>2550 M Street, N.W.<br>Washington, D.C. 20037<br>Tel.: (202) 457-6000<br>Fax: (202) 457-6315<br>Email: mitchell.berger@squirepb.com<br><br>-and-<br><br>Raúl B. Mañón (*PHV granted* 01/15/2019)<br>200 South Biscayne Boulevard, Suite 4700<br>Miami, Florida 33131<br>Tel: 305-577-7000<br>Fax: 305-577-7001<br>Email: raul.manon@squirepb.com<br><br>*Attorneys for Defendant*<br>*The Kingdom of Spain* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and thereby served electronic copy upon counsel of record.

/s/ *Miriam K. Harwood*