**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

9REN Holding S.À.R.L.,

    Plaintiff,

  v.

Kingdom of Spain,

    Defendant.

The Hon. Tanya S. Chutkan
Case No. 19-cv-1871

**Joint Status Report**

Pursuant to the Court's Minute Order dated September 30, 2020, Plaintiff, 9REN Holding S.À.R.L. ("9REN"), and Defendant, the Kingdom of Spain ("Spain") (collectively, the "Parties"), submit this Joint Status Report regarding the ongoing annulment proceedings in *9Ren Holding S.a.r.l. v. Kingdom of Spain,* ICSID Case No. ARB/15/15 ("Annulment Proceedings").

Since the Parties' January 29, 2021 Joint Status Report, both parties filed their observations, on February 5, 2021, regarding the European Commission's request for leave to intervene and file an *amicus curiae* submission in the Annulment Proceedings.

In addition, on February 9, 2021, 9REN filed its Counter-Memorial on Annulment.

No other developments have occurred in the Annulment Proceedings, which remain pending before the ICSID Annulment Committee.

Dated:   February 26, 2021


Respectfully submitted,

KING & SPALDING LLP

By: */s/ James E. Berger*
James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar No. 1027854)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2200
Fax: (212) 556-2222
Email: jberger@kslaw.com
Email: csun@kslaw.com


*Attorneys for Plaintiff*
9REN Holding S.À.R.L.

SQUIRE PATTON BOGGS (US) LLP

By: */s/* Miriam K. Harwood
Miriam K. Harwood (*PHV granted*
12/23/2019)
Eridania Perez-Jaquez (*PHV granted*
01/15/2019)
Carlos E. Guzman Plascencia (*PHV
granted* 01/15/2019)
30 Rockefeller Plaza, 23rd Floor
New York, New York, 10112
Tel.:  (212) 872-9852
Fax:  (212) 872-9815
Email: miriam.harwood@squirepb.com
eridania.perez@squirepb.com
carlos.guzman@squirepb.com
-and-

Mitchell R. Berger (D.C. Bar No. 385467)
2550 M Street, N.W.
Washington, D.C. 20037
Tel.: (202) 457-6000
Fax: (202) 457-6315
Email: mitchell.berger@squirepb.com


-and-

Raúl B. Mañón (*PHV granted* 01/15/2019)
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Tel: 305-577-7000
Fax: 305-577-7001
Email: raul.manon@squirepb.com

*Attorneys for Defendant*
*The Kingdom of Spain*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and thereby served electronic copy upon counsel of record.

/s/ _____
Miriam K. Harwood