UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| 9REN Holding S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> Kingdom of Spain, <br><br> Defendant. | The Hon. Tanya S. Chutkan <br> Case No. 19-cv-1871 |

**Joint Status Report**

Pursuant to the Court's Minute Order dated September 30, 2020, Plaintiff, 9REN Holding S.À.R.L. ("9REN"), and Defendant, the Kingdom of Spain ("Spain") (collectively, the "Parties"), submit this Joint Status Report regarding the ongoing annulment proceedings in *9Ren Holding S.a.r.l. v. Kingdom of Spain,* ICSID Case No. ARB/15/15 ("Annulment Proceedings").

No developments have occurred in the Annulment Proceedings, which remain pending before the ICSID Annulment Committee, since the Parties' March 31, 2021 Joint Status Report.

Dated:   April 30, 2021

Respectfully submitted,

| KING & SPALDING LLP | SQUIRE PATTON BOGGS (US) LLP |
|---|---|
| By: */s/ James E. Berger* <br> James E. Berger (D.C. Bar No. 481408) <br> Charlene C. Sun (D.C. Bar No. 1027854) <br> 1185 Avenue of the Americas <br> New York, NY 10036-4003 <br> Tel: (212) 556-2200 <br> Fax: (212) 556-2222 <br> Email: jberger@kslaw.com <br> Email: csun@kslaw.com <br><br> *Attorneys for Plaintiff* | By: */s/ Miriam K. Harwood* <br> Miriam K. Harwood (*PHV granted* 12/23/2019) <br> Eridania Perez-Jaquez (*PHV granted* 01/15/2019) <br> Carlos E. Guzman Plascencia (*PHV granted* 01/15/2019) <br> 30 Rockefeller Plaza, 23rd Floor <br> New York, New York, 10112 <br> Tel.:  (212) 872-9852 <br> Fax:  (212) 872-9815 |

*9REN Holding S.À.R.L.*

Email: miriam.harwood@squirepb.com
eridania.perez@squirepb.com
carlos.guzman@squirepb.com
-and-

Mitchell R. Berger (D.C. Bar No. 385467)
2550 M Street, N.W.
Washington, D.C. 20037
Tel.: (202) 457-6000
Fax: (202) 457-6315
Email: mitchell.berger@squirepb.com

-and-

Raúl B. Mañón (*PHV granted* 01/15/2019)
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Tel: 305-577-7000
Fax: 305-577-7001
Email: raul.manon@squirepb.com

*Attorneys for Defendant
The Kingdom of Spain*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and thereby served electronic copy upon counsel of record.

                                                                       */s/ James E. Berger*