UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9REN Holding S.À.R.L.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Kingdom of Spain,<br><br>　　　　　　Defendant. | The Hon. Tanya S. Chutkan<br>Case No. 19-cv-1871 |

**Joint Status Report**

Pursuant to the Court's Minute Order dated September 30, 2020, Plaintiff, 9REN Holding S.À.R.L. ("9REN"), and Defendant, the Kingdom of Spain ("Spain") (collectively, the "Parties"), submit this Joint Status Report regarding the ongoing annulment proceedings in *9Ren Holding S.a.r.l. v. Kingdom of Spain,* ICSID Case No. ARB/15/15 ("Annulment Proceedings").

Since the Parties' June 30, 2021 Joint Status Report, 9REN filed its Rejoinder on Annulment on July 27, 2021.

No other developments have occurred in the Annulment Proceedings, which remain pending before the ICSID Annulment Committee.

Dated:  August 2, 2021

Respectfully submitted,

| KING & SPALDING LLP | SQUIRE PATTON BOGGS (US) LLP |
|---|---|
| By: */s/ James E. Berger*<br>James E. Berger (D.C. Bar No. 481408)<br>Charlene C. Sun (D.C. Bar No. 1027854)<br>1185 Avenue of the Americas<br>New York, NY 10036-4003 | By: */s/* Miriam K. Harwood<br>Miriam K. Harwood (*PHV granted* 12/23/2019)<br>Eridania Perez-Jaquez (*PHV granted* 01/15/2019) |

Tel: (212) 556-2200  
Fax: (212) 556-2222  
Email: jberger@kslaw.com  
Email: csun@kslaw.com  

*Attorneys for Plaintiff*  
9REN Holding S.À.R.L.

Carlos E. Guzman Plascencia (*PHV granted* 01/15/2019)  
30 Rockefeller Plaza, 23rd Floor  
New York, New York, 10112  
Tel.:  (212) 872-9852  
Fax:  (212) 872-9815  
Email: miriam.harwood@squirepb.com  
eridania.perez@squirepb.com  
carlos.guzman@squirepb.com  
-and-

Mitchell R. Berger (D.C. Bar No. 385467)  
2550 M Street, N.W.  
Washington, D.C. 20037  
Tel.: (202) 457-6000  
Fax: (202) 457-6315  
Email: mitchell.berger@squirepb.com  

-and-

Raúl B. Mañón (*PHV granted* 01/15/2019)  
200 South Biscayne Boulevard, Suite 4700  
Miami, Florida 33131  
Tel: 305-577-7000  
Fax: 305-577-7001  
Email: raul.manon@squirepb.com  

*Attorneys for Defendant*  
*The Kingdom of Spain*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and thereby served electronic copy upon counsel of record.

/s/_____
Miriam K. Harwood