UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9REN Holding S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> Kingdom of Spain, <br><br> Defendant. | The Hon. Tanya S. Chutkan <br><br> Case No. 19-cv-1871 |

### NOTICE OF WITHDRAWAL OF JAMES E. BERGER AND ERIN COLLINS AS PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE THAT James E. Berger and Erin Collins have withdrawn as attorneys for Plaintiff in the above-captioned matter.

The undersigned certifies that Mr. Berger and Ms. Collins left the law firm of King & Spalding LLP on October 8, 2021 and January 3, 2022, respectively, to join another law firm.

Plaintiff will continue to be represented by Thomas C.C. Childs in the above-captioned matter.

Dated: New York, NY
April 6, 2022

Respectfully submitted,

/s/ Thomas C.C. Childs

Thomas C.C. Childs (D.D.C. Bar No. NY0449)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2167
Fax: (212) 556-2222
tchilds@kslaw.com

*Attorneys for Plaintiff*