UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **9REN HOLDING S.A.R.L.**, <br><br> Plaintiff, <br><br> v. <br><br> **KINGDOM OF SPAIN**, <br><br> Defendant. | Civil Action No. 19-1871 (TSC) |

### ORDER

For the reasons set forth in the April 19, 2023 motions hearing, Plaintiff's Motion for Contempt and Sanctions, ECF No. 68, is hereby DENIED; and Defendant's Motion for a Stay of the Proceedings and a Stay of the Preliminary Injunction Pending Appeal, ECF No. 69, is hereby DENIED.

Date: April 20, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge