UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9REN Holding S.À.R.L.,<br><br>            Plaintiff,<br><br>    v.<br><br>Kingdom of Spain,<br><br>            Defendant. | The Hon. Tanya S. Chutkan<br>Case No. 19-cv-1871 |

## NOTICE OF WITHDRAWAL OF CARLOS E. GUZMAN PLASCENCIA AND JOHN D. BRANSON AS COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to LCvR 83.6(b), attorney Carlos E. Guzman Plascencia and John D. Branson of Squire Patton Boggs (US) LLP hereby withdraw as counsel for Kingdom of Spain in this case. Williams & Connolly LLP has entered its appearance in this action and will represent Kingdom of Spain going forward.

Dated: June 9, 2023

Respectfully Submitted,

SQUIRE PATTON BOGGS (US) LLP

By: _/s/ Carlos E. Guzman Plascencia_
Miriam K. Harwood (*PHV granted* 12/23/2019)
Carlos E. Guzman Plascencia (*PHV granted* 01/15/2020)
1211 Avenue of the Americas, 26th Floor
New York, New York, 10036
Tel.: (212) 872-9852
Fax: (212) 872-9815
Email: miriam.harwood@squirepb.com
carlos.guzman@squirepb.com

-and-

Mitchell R. Berger (D.C. Bar No. 385467)
2550 M Street, N.W.
Washington, D.C. 20037
Tel.: (202) 457-6000
Fax: (202) 457-6315
Email: mitchell.berger@squirepb.com

-and-

Raúl B. Mañón (*PHV granted* 01/15/2020)
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Tel: (305) 577-7000
Fax: (305) 577-7001
Email: raul.manon@squirepb.com

*Attorneys for Defendant The Kingdom of Spain*

KINGDOM OF SPAIN

_____
D. Joan Groizard Payeras
Director General of Instituto para la
Diversificación y Ahorro de la Energía (IDAE)