UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 9REN Holding S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> Kingdom of Spain, <br><br> Defendant. | The Hon. Tanya S. Chutkan <br> Case No. 19-cv-1871 |

**NOTICE OF WITHDRAWAL OF MITCHELL R. BERGER AS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to LCvR 83.6(b), attorney Mitchell R. Berger, of Squire Patton Boggs (US) LLP hereby withdraws as counsel for Kingdom of Spain in this case. Williams & Connolly LLP has entered its appearance in this action and will represent Kingdom of Spain going forward.

Dated: June 9, 2023

Respectfully Submitted,

SQUIRE PATTON BOGGS (US) LLP

By: _/s/ Mitchell R. Berger_
Mitchell R. Berger (D.C. Bar No. 385467)
2550 M Street, N.W.
Washington, D.C. 20037
Tel.: (202) 457-6000
Fax: (202) 457-6315
Email: mitchell.berger@squirepb.com

-and-

Miriam K. Harwood (*PHV granted* 12/23/2019)
Carlos E. Guzman Plascencia (*PHV granted* 01/15/2020)
1211 Avenue of the Americas, 26th Floor
New York, New York, 10036
Tel.: (212) 872-9852
Fax: (212) 872-9815
Email: miriam.harwood@squirepb.com
carlos.guzman@squirepb.com

-and-

Raúl B. Mañón (*PHV granted* 01/15/2020)
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
Tel: (305) 577-7000
Fax: (305) 577-7001
Email: raul.manon@squirepb.com

*Attorneys for Defendant The Kingdom of Spain*

KINGDOM OF SPAIN

D. Joan Groizard Payeras
Director General of Instituto para la
Diversificación y Ahorro de la Energía (IDAE)